UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JUAN E. VELA, *et. al.*, | § | United States Courts<br>Southern District of Texas<br>ENTERED |
| Plaintiffs, | § | |
| | § | MAR 2 2 2000 |
| RONALD WINDHAM, *et. al.*, | § | Michael N. Milby, Clerk of Court |
| DAVID HERRING, *et. al.*, | § | CIVIL ACTION H-97-3471 |
| GORDON MCILVAIN, *et. al.*, | § | |
| Intervenors, | § | |
| *versus* | § | |
| THE CITY OF HOUSTON, | § | |
| Defendant. | § | |

## Partial Judgment

The emergency medical technicians will receive overtime pay on the same basis as the suppression fire fighters.

Signed March  22 , 2000, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge