UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JUAN E. VELA, et. al., | § | United States Courts<br>Southern District of Texas<br>ENTERED |
| Plaintiffs, | § | |
| | § | JUL 1 2 2000 |
| RONALD WINDHAM, et. al., | § | Michael N. Milby, Clerk of Court |
| DAVID HERRING, et. al., | § | CIVIL ACTION H-97-3471 |
| GORDON MCILVAIN, et. al., | § | |
| Intervenors, | § | |
| versus | § | |
| THE CITY OF HOUSTON, | § | |
| Defendant. | § | |

## Final Judgment

On the motions for attorneys' fees and expenses, the plaintiffs represented by E. Troy Blakeney, Jr., recover $2,800,000; those represented by Barbara Jackson Hudson recover $6,500; and those represented by Richard Burroughs recover $6,500. The awards will accrue interest beginning June 10, 2000, at the post-judgment rate of 6.375%.

Signed July 11, 2000, at Houston, Texas.

Lynn N. Hughes
United States District Judge

151