# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-20770

D.C. Docket No. H-97-CV-3471
H-99-CV-1153

U.S. COURT OF APPEALS
**FILED**
DEC 14 2001
CHARLES R. FULBRUGE III
CLERK

JUAN E VELA; ET AL

    Plaintiffs

PHILIP E DALEY; TIERA ANGELLE LEGER; RICHARD WAYNE MEDEIROS; CLINT HENDRIX

    Plaintiffs - Appellants-Cross-Appellees

and

CALVIN THAMES; ET AL

    Intervenor Plaintiffs

CALVIN THAMES; ET AL

    Intervenor Plaintiffs - Appellants-Cross-Appellees

United States Courts
Southern District of Texas
FILED
JAN 25 2002
Michael N. Milby, Clerk of Court

v.

THE CITY OF HOUSTON

    Defendant - Appellee-Cross-Appellant

--------------------------------

PHILIP E DALEY; TIERA ANGELLE LEGER; RICHARD WAYNE MEDEIROS; CLINT HENDRIX

    Plaintiffs - Appellants-Cross-Appellees

v.

CITY OF HOUSTON

    Defendant - Appellee-Cross-Appellant

Appeals from the United States District Court for the
Southern District of Texas, Houston.

Before KING, Chief Judge, BARKSDALE, Circuit Judge, and NOWLIN, District Judge.*

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that costs on appeal are to be taxed against the City of Houston to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 2 3 2002

_____
*District Judge of the Western District of Texas, sitting by designation.

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy

New Orleans, Louisiana        JAN 2 3 2002